IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. 20-03050-05-CR-S-BP |
|  | ) |  |
| BOLINDA J. GLEGHORN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Twenty-one of the Indictment filed on June 10, 2020, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                  */s/ Beth Phillips*
                                                   **BETH PHILLIPS**
                                         **UNITED STATES DISTRICT JUDGE**

Date: August 12, 2021